THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ANTONIO DE PALMO, Appellant.

*People* v. *De Palmo*, 148 App. Div. 931, affirmed.
(Argued May 7, 1912; decided June 11, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department,
entered January 31, 1912, which affirmed a judgment of
the Westchester County Court rendered upon a verdict
convicting the defendant of the crime of manslaughter in
the first degree.

*George C. Andrews* for appellant.

*Francis A. Winslow* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, WILLARD BARTLETT and CHASE, JJ.